# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. CR 01-3047-MWB |
| vs. | **ORDER** *NUNC PRO TUNC* |
| DUSTIN LEE HONKEN, | |
| Defendant. | |

_____

This matter comes before the court *sua sponte* for substitution, *nunc pro tunc*, of the attached order for the Memorandum Opinion And Order Regarding The Defendant's Motion For Judgment Of Acquittal Or New Trial entered on July 29, 2005 (docket no. 693). The substitution is appropriate owing to certain typographical errors discovered since the filing of the order on July 29, 2005, which the court wishes to correct in the "final" version of the order before any appellate review or publication.

THEREFORE, the attached version of the court's Memorandum Opinion And Order Regarding The Defendant's Motion For Judgment Of Acquittal Or New Trial **shall be substituted** *nunc pro tunc* for the version filed on July 29, 2005 (docket no. 693). The Clerk of Court is directed to *remove* the former version of the ruling and *replace* it with the attached version as Docket No. 693, with appropriate annotation of the docket entry to reflect the removal and substitution *nunc pro tunc* pursuant to this order.

**IT IS SO ORDERED.**

**DATED** this 9th day of August, 2005.

_____
MARK W. BENNETT
CHIEF JUDGE, U. S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA