

U.S. Department of Justice

Federal Bureau of Prisons

---

Office of the Director  Washington, DC 20534

May 11, 2001

MEMORANDUM FOR HARLEY G. LAPPIN, WARDEN
              UNITED STATES PENITENTIARY, TERRE HAUTE

FROM:         Kathleen Hawk Sawyer
              Director

SUBJECT:      Setting of Execution Date

The purpose of this memorandum is to reschedule the date for the execution of Timothy J. McVeigh, Reg. No. 12076-064. The date for the execution had been scheduled for May 16, 2001. The sentence of death for inmate McVeigh will now be carried out at the United States Penitentiary in Terre Haute, Indiana, on June 11, 2001, at 7:00 a.m. (Central Standard Time). Please provide inmate McVeigh notice of the new execution date.

cc:    The Honorable John Ashcroft
       Attorney General

       The Honorable Robert S. Mueller, III
       Acting Deputy Attorney General

       The Honorable Louie T. McKinney
       Acting Director, United States Marshals Service

       Kathryn M. Turman
       Director, Office for Victims of Crime

       Roger C. Adams
       Pardon Attorney

       John C. Keeney
       Acting Assistant Attorney General

**Government Exhibit 1** Case 01-CR-3047-LTS

cc: Margaret P. Griffey
    Chief, Capital Case Unit

    Christopher Erlewine
    Assistant Director/General Counsel

    Michael B. Cooksey
    Assistant Director, Correctional Programs

    G.L. Hershberger
    Regional Director, North Central Region

    Margaret C. Hambrick
    Regional Director, Mid-Atlantic Region