

U.S. Department of Justice

Federal Bureau of Prisons

*Office of the Director*        Washington, DC 20534

November 14, 2002

MEMORANDUM FOR KEITH E. OLSON, WARDEN
                UNITED STATES PENITENTIARY, TERRE HAUTE

FROM:           Kathleen Hawk Sawyer
                Director

SUBJECT:        Setting of Execution Date

The purpose of this memorandum is to schedule the date for the execution of Louis Jones, Reg. No. 27265-077. The sentence of death for inmate Jones will be carried out at the United States Penitentiary in Terre Haute, Indiana, on March 18, 2003. Please provide inmate Jones notice of the execution date.

cc:    The Honorable John Ashcroft
       Attorney General

       The Honorable Larry D. Thompson
       Deputy Attorney General

       The Honorable Benigno G. Reyna
       Director, United States Marshals Service

       John W. Gillis
       Director, Office for Victims of Crime

       Roger C. Adams
       Pardon Attorney

       Michael Chertoff
       Assistant Attorney General

Government Exhibit 4
Case 01-CR-3047-LTS

cc: Margaret P. Griffey
    Chief, Capital Case Unit

    Christopher Erlewine
    Assistant Director/General Counsel

    Michael B. Cooksey
    Assistant Director, Correctional Programs

    G.L. Hershberger
    Regional Director, North Central Region