UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| DUSTIN LEE HONKEN, ) | |
| ) | |
| Movant, ) | |
| ) | No. 3:01-cr-3047-LTS-KEM-1 |
| v. ) | **CAPITAL CASE** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## UNOPPOSED MOTION TO FILE OVERLENGTH BRIEF

Dustin Lee Honken, by his undersigned counsel, respectfully requests the Court's leave to file overlength reply briefs in support of the *Motion to Declare the Bureau of Prisons's Notice Scheduling Dustin Lee Honken's Execution Null and Void* (ECF No. 810) and *Motion to Set or Modify Execution Date in Light of COVID-19* (ECF No. 811). In support of that request, Mr. Honken states as follows.

1. Mr. Honken is a death-sentenced prisoner with an execution scheduled for July 17, 2020.

2. Local Rule 7(g) limits reply briefs in support of a motion to five pages. In compliance with the rule, Mr. Honken moves for the Court's leave to file overlength reply briefs of twelve and six pages. The proposed briefs are attached.

3. Undersigned counsel have endeavored to present Mr. Honken's legal arguments and claims for relief in a clear and concise manner. Nonetheless, the seriousness and complexity

1

of the issues, and counsel's duty to represent Mr. Honken's significant interests in this case, have resulted in overlength reply briefs.

4.      Counsel for Mr. Honken has contacted counsel for the United States, who indicated that the Government does not object to this motion.

5.      Mr. Honken respectfully requests that the Court grant the motion to file overlength reply briefs.

Respectfully submitted,

/s/ Timothy Kane
Timothy Kane
Shawn Nolan, Chief
Capital Habeas Unit
Federal Community Defender Office
for the Eastern District of Pennsylvania
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
215-928-0520 (phone)
215-928-0826 (fax)
Shawn_Nolan@fd.org
Timothy_Kane@fd.org

*Attorneys for Dustin Honken*

Dated: July 13, 2020

**CERTIFICATE OF SERVICE**

I hereby certify that on July 13, 2020, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following attorneys for the United States:

Sean R. Berry
Justin Lightfoot
Assistant United States Attorneys
111 7th Avenue SE, Box 1
Cedar Rapids, Iowa 52401

/s/ Timothy Kane
Timothy Kane
*Attorney for Dustin Honken*