# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>DUSTIN LEE HONKEN,<br><br>    Defendant. | No. CR01-3047-LTS<br><br>**ORDER PURSUANT TO<br>28 C.F.R. § 26.2** |

In accordance with 28 C.F.R. § 26.2, this Court hereby orders:

(1) The sentence of death, set forth in the Amended Judgment, shall be executed by a United States Marshal designated by the Director of the United States Marshals Service;

(2) The sentence shall be executed by intravenous injection of a lethal substance or substances in a quantity sufficient to cause death;

(3) The sentence shall be executed on a date and at a place designated by the Director of the Federal Bureau of Prisons, namely, July 17, 2020 at the Federal Correctional Complex, Terre Haute, Indiana, or such other time and place as he may later designate; and

(4) The prisoner under sentence of death shall be committed to the custody of the Attorney General or his authorized representative for appropriate detention pending execution of the sentence.

Nothing in this order shall be deemed to prevent, or circumvent, a stay or injunction of the execution by any court of competent jurisdiction. Nor does this order prevent the President of the United States from granting clemency to the defendant.

**IT IS SO ORDERED.**

**DATED** this 14th day of July, 2020.

                                 _____
                                 Leonard T. Strand, Chief Judge